UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERB CHAMBERS 1186, INC. d/b/a <br> HERB CHAMBERS INFINITI OF BOSTON, <br><br> Plaintiff, <br><br> v. <br><br> DONALD A. SMITH, JR., PRESTIGE AUTO IMPORTS, INC. d/b/a WEBSTER AUTO SALES and REZA PARINEJAD <br><br> Defendants. | 13-cv-11798-JLT |

**PLAINTIFF HERB CHAMBERS 1186, INC. d/b/a HERB CHAMBERS INFINITI OF BOSTON'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff Herb Chambers 1186, Inc. d/b/a Herb Chambers Infiniti of Boston ("Chambers Infiniti") hereby states the following:

Chambers Infiniti is a nongovernmental corporate party and no parent corporation or any publicly held corporation owns 10% or more of its stock.

HERB CHAMBERS 1186, INC. d/b/a
HERB CHAMBERS INFINITI OF BOSTON,

By its attorneys,

/s/ Ian J. Pinta
Howard M. Cooper (BBO #543842)
hcooper@toddweld.com
Ian J. Pinta (BBO #667812)
ipinta@toddweld.com
Todd & Weld LLP
28 State Street, 31st floor
Boston, MA 02109
(617) 720-2626

Date: October 15, 2013

1

## CERTIFICATE OF SERVICE

I, Ian J. Pinta, hereby certify that I have served a copy of the foregoing document on Daniel J. Pasquarello, Esq., Michael J. McDermott, Esq., and Stephen J. Gill, Esq. by first-class mail on October 15, 2013.

/s/ Ian J. Pinta
Ian J. Pinta