UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERB CHAMBERS 1186, INC. d/b/a<br>HERB CHAMBERS INFINITI OF BOSTON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD A. SMITH, JR., PRESTIGE AUTO<br>IMPORTS, INC. d/b/a WEBSTER AUTO<br>SALES and REZA PARINEJAD<br><br>Defendants. | 13-cv-11798-JLT |

## JOINT LIST OF PROPOSED DEPONENTS

Pursuant to the Court's Modified Discovery Order, dated September 23, 2013, the parties – plaintiff Herb Chambers 1186, Inc. d/b/a Herb Chambers Infiniti of Boston ("Chambers Infiniti"), defendant Donald A. Smith, Jr., defendant Reza Parinejad and defendant Prestige Auto Imports, Inc. d/b/a Webster Auto Sales ("Webster Auto") – jointly provide this list of proposed deponents in this case:

| Deponent: | Proposed by: |
|---|---|
| Donald A. Smith, Jr. (defendant) | Chambers Infiniti, Parinejad and Webster Auto |
| Reza Parinejad (defendant) (deposed for 1 day and second day has not yet been rescheduled) | Chambers Infiniti |
| Prestige Auto Imports, Inc. d/b/a Webster Auto Sales (defendant) (deposed for 1 day and second day has not yet been rescheduled) | Chambers Infiniti |
| Robert Toomanians | Chambers Infiniti |
| Anderson Villefranche | Chambers Infiniti |
| Kambiz Bazazi | Chambers Infiniti |
| Chambers Infiniti/Bradford Gomes (plaintiff) | Parinejad and Webster Auto |
| Michelle Machado | Parinejad and Webster Auto |

| James Bulger | Parinejad, Webster Auto and Smith |
| Karen Scaduto | Parinejad and Webster Auto |
| James Xaros | Parinejad and Webster Auto |

This list does not include Keeper of Record depositions.

This list is based on information available to the parties at the present time, and the parties reserve their rights to seek discovery from, and relating to, other persons that may subsequently become known as persons likely to have discoverable information relevant to the claims and defenses in this case.

Date: October 15, 2013

HERB CHAMBERS 1186, INC. d/b/a
HERB CHAMBERS INFINITI OF BOSTON,

By its attorneys,

/s/ Ian J. Pinta
Howard M. Cooper (BBO #543842)
hcooper@toddweld.com
Ian J. Pinta (BBO #667812)
ipinta@toddweld.com
Todd & Weld LLP
28 State Street, 31st floor
Boston, MA 02109
(617) 720-2626

REZA PARINEJAD AND PRESTIGE AUTO IMPORTS, INC. d/b/a WEBSTER AUTO SALES,

By their attorneys,

/s/ Daniel J. Pasquarello
Daniel J. Pasquarello (BBO #647379)
Dpasquarello@daintorpy.com
Michael J. McDermott (BBO #685223)
mmcdermott@daintorpy.com
Dain, Torpy Le Ray, Wiest & Garner, P.C.
129 South Street, 3rd Floor
Boston, MA 02111
(617) 542-4808

DONALD A. SMITH, JR.

By his attorney,

/s/ Stephen J. Gill
Stephen J. Gill (BBO #192090)
11 Middle Street
Natick, MA 01760
(508) 395-6869
Gillfamily3@comcast.net

## CERTIFICATE OF SERVICE

I, Ian J. Pinta, hereby certify that I have served a copy of the foregoing document on Daniel J. Pasquarello, Esq., Michael J. McDermott, Esq., and Stephen J. Gill, Esq. by first-class mail on October 15, 2013.

/s/ Ian J. Pinta
Ian J. Pinta