UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERB CHAMBERS 1186, INC. d/b/a ) <br> HERB CHAMBERS INFINITI OF BOSTON ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> DONALD A. SMITH, JR., PRESTIGE AUTO ) <br> IMPORTS, INC. d/b/a WEBSTER AUTO SALES, ) <br> and REZA PARINEJAD, ) <br> ) <br> Defendants ) | 13-cv-11798 (JLT) |

**PRESTIGE AUTO IMPORTS, INC. AND REZA PARINEJAD'S**
**LIST OF PROPOSED DEPONENTS**

Pursuant to the Court's September 23, 2013 Modified Discovery Order, defendants Reza Parinejad and Prestige Auto Imports, Inc. d/b/a Webster Auto Sales ("Webster Auto") – provide this list of proposed deponents in this case:

- Donald A. Smith, Jr.;

- Rule 30(b)(6) designee for Herb Chambers 1186, Inc. d/b/a Herb Chambers Infiniti of Boston;

- Bradford Gomes;

- Michelle Machado;

- James Bulger;

- Karen Scaduto;

- James Xaros; and,

- Herb Chambers.

This list does not include Keeper of Record depositions.

This list is based on information available to the parties at the present time, and the parties reserve their rights to seek discovery from, and relating to, other persons that may subsequently become known as persons likely to have discoverable informational relevant to the claims and defenses in this case.

        PRESTIGE AUTO IMPORTS, INC. d/b/a WEBSTER AUTO SALES and REZA PARINEJAD,

        By their attorneys,

        /s/ Daniel J. Pasquarello_____
        Daniel J. Pasquarello (BBO #647379)
        Michael J. McDermott (BBO #685223)
        DAIN, TORPY, LE RAY, WIEST & GARNER, P.C.
        129 South Street, 3d Floor
        Boston, MA 02111
        T: 617.542.4800
        F: 617.542.4808
        dpasquarello@daintorpy.com
        mmcdermott@daintorpy.com

Date: October 15, 2013

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Defendants' Proposed Deponent List on Ian J. Pinta, Esq., and Howard M. Cooper, Esq., electronically as the registered participants identified on the Notice of Electronic Filing (NEF) and Stephen J. Gill, Esq., by first-class mail, on this 15th day of October, 2013.

        /s/ Daniel J. Pasquarello_____
        Daniel J. Pasquarello