UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HERB CHAMBERS, 1186,

Plaintiff(s)                                      CIVIL ACTION
                    V.                            NO. CA 13-11798-JLT

REZA PARINEJAD, ET AL,

Defendant(s)

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE TAURO

[ ]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.


[X]     On  November 25,  2013 I held the following ADR proceeding:

        _____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

          X   MEDIATION                   _____ SUMMARY BENCH/JURY TRIAL

        _____ MINI-TRIAL                  _____ SETTLEMENT CONFERENCE

        All parties were represented by counsel [except _____ ]
        The parties were /were not present in person or by authorized corporate officer [except
        _____ ].      The case was :

[X]     Settled.  Your clerk should enter: SEE RECOMMENDATION BELOW.

[ ]     There was progress.  A further session has been scheduled for _____ unless the case is reported
        settled prior to that date.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
        case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

CASE SETTLED.  I RECOMMEND THAT CASE BE STAYED UNTIL MARCH 1, 2014 TO PERMIT
THE PARTIES TO COMPLETE TERMS OF THE SETTLEMENT.   IF THE COURT IS UNWILLING
TO STAY THE CASE UNTIL THAT DATE, I RECOMMEND THAT THE COURT DISMISS THE
CASE WITH THE RIGHT OF ANY PARTY TO REOPEN THE CASE IF THE TERMS OF THE
SETTLEMENT HAVE NOT BEEN COMPLETED BY MARCH 1, 2014.


NOVEMBER 25, 2013                         /s/ JEROME J. NIEDERMEIER, U.S.M.J.
Date                                      ADR Provider