UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HERB CHAMBERS 1186, INC. d/b/a HERB CHAMBESR INFINITI OF BOSTON, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 13-cv-11798-IT |
| REZA PARINEJAD et al., | * * | |
| Defendants. | * | |

ORDER

February 20, 2015

TALWANI, D.J.

Before the court is Cross-Claim Plaintiffs Reza Parinejad and Prestige Auto Imports, Inc. d/b/a Webster Auto Sales' Rule 55(b) Motion for Entry of Default Judgment [#58] against Cross-Claim Defendant Donald A. Smith. An affidavit of counsel filed with this motion states that default judgment should be entered in the amount of "at least $320,000, which includes certain attorney's fees, plus costs related in this action in the amount of $1,339.50."[1]

The affidavit does not offer additional details regarding how the amount of $320,000 was calculated or what damages are included therein. Accordingly, the motion for default judgment is DENIED WITHOUT PREJUDICE to renewal with an accompanying affidavit that includes a detailed explanation of the claimed damages.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

---

[1] See Aff. Att'y Daniel J. Pasquarello Supp. Mot. Entry Default J. ¶ 9 [#58-1].